1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Haneef Shakeel Jackson-Bey, | No. CV-20-00095-TUC-RCC (LAB) |
| Petitioner, | **ORDER** |
| v. | |
| Barbara Von Blanckensee, | |
| Respondent. | |

On September 1, 2020, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Haneef Shakeel Jackson-Bey's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 21.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.*) Petitioner was warned that "[i]f objections are not timely filed, they may be deemed waived." (*Id.* at 5.) Petitioner filed a motion to continue, and the Court allowed Petitioner until November 18, 2020 to file an objection to the R&R. It is now November 27, 2020 and no objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

1

2

3

The Court has reviewed and considered the Petition (Doc. 1), the Government's response (Doc. 15), Petitioner's reply (Doc. 20), and the R&R (Doc. 21). The Court finds the R&R well-reasoned and agrees with Judge Bowman's conclusions.

4

5

6

7

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 21) and Petitioner Haneef Shakeel Jackson-Bey's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

8

Dated this 27th day of November, 2020.

9

10

11

12

13

Honorable Raner C. Collins
Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28